In the Matter of the Application of NATHAN BENSKY against WILLIAM J. DEEGAN, as Tenement House Commissioner of the City of New York, and PARK VIEW TOWERS, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN A. STUM and Others v. RAY H. ARNOLD.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley, and Townley, JJ.

PECK & STERBA, INCORPORATED, and Another v. PECK & STERBA, INC., and Others.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL DANZIG, Individually and on Behalf of All Other Stockholders of AMASIA IMPORTING CORPORATION v. AMASIA IMPORTING CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN W. BIRD and Others v. SAMUEL L. HOFFMAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J.; McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KATE SMITH, as Administratrix, etc., of LOUIS SMITH, Deceased, against COLONIAL DYE WORKS, INC.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRACE URSULA HARLEM v. LEWIS W. HARLEM.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID J. BONDY v. JACOB A. JACOBS and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KATHRYN M. FOLEY v. RICHARD J. FOLEY.— Motion granted only so far as to stay proceedings to enforce payment of counsel fee. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

AMERICAN LEAD PENCIL COMPANY v. RELIANCE PENCIL CORPORATION.— Motion granted. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of SIMON HOUSMAN, Attorney and Counselor at Law.— Referred to the committee on character and fitness for investigation and report. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STANLEY Y. BEACH v. JENNIE BEACH GASPER, as Cotrustee, etc., and Others, Impleaded with JAMES ALBERT WALES, as Cotrustee, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ALEXANDER WERNER v. JOSEPH D. FRANKEL and Others, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THORNYCROFT, INC., v. A. CUSHING ASH and Another.— Motion granted so far as to permit appellants to file an original case on appeal and five copies thereof, and thereafter to prosecute the appeal as though the full number of copies of the record had been filed as required by rule VI of the rules of this court.█ Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.